```
                                          FILED
                              CLERK, U.S. DISTRICT COURT

                                      FEB 18 2015

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BIRD, | NO. CV 14-7205-VAP(E) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, |
| (1) SHERIFF JIM McDONNELL, et al., | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

1     IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff.

4     DATED: February 18, 2015.

                                     VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE