**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM BIRD, ) | NO. CV 14-7205-VAP(E) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| (1) SHERIFF JIM McDONNELL, ) et al., ) | |
| Defendants. ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: February 18, 2015.

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE